JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6888
  Fax: (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and FERNANDO SYLVESTER, Revenue Agent,** | NO. C-08-01487-MEJ |
| Petitioners, | **APPLICATION AND ORDER OF DISMISSAL** |
| v. | |
| **LYNN R. ANTHONY ,** | |
| Respondents. | |

    Petitioners United States of America and Sylvester Fernando hereby advise the Court that they have discovered that the address where the IRS summons was left was not the address of Lynn R. Anthony. Since the IRS has failed to serve the summons on Lynn R. Anthony, the petitioners request that this action be dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    JOSEPH P. RUSSONIELLO
    United States Attorney


    /s/ David L. Denier
    DAVID L. DENIER
    Assistant United States Attorney
    Attorneys for United States

Application & Order Of Dismissal
(No. C-08-01487-MEJ)                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

Upon the request of the petitioners and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed without prejudice.

ORDERED this _____ day of May, 2008, at San Francisco, California.

_____
UNITED STATES MAGISTRATE JUDGE

Application & Order Of Dismissal
(No. C-08-01487-MEJ)                           2